UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRELL COLEMAN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　　　Defendant. | Case No. CV 16-09457-RSWL (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　IT IS ORDERED that this action is dismissed without prejudice.

DATED: 6/20/2017　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　RONALD S.W. LEW
　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE