# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRELL COLEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. CV 16-09457-RSWL (RAO)<br><br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: 6/20/2017　　　　　　　s/ RONALD S.W. LEW  
　　　　　　　　　　　　　　　RONALD S.W. LEW  
　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE